UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KEEL, | No. C 10-892 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAMES WILLETT; et al., | |
| Defendants. / | |

This action is dismissed without prejudice to plaintiff filing a new action in the proper venue and for which he submits a completed in forma pauperis application or pays the filing fee when he files his petition or complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 17, 2010

_____
SUSAN ILLSTON
United States District Judge